[No. 47774-9-I. Division One. January 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK DELAND GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-06908-8, Helen Halpert, J., entered November 8, 2001. *Dismissed* by unpublished per curiam opinion.

[No. 47789-7-I. Division One. January 22, 2002.]

JOHN D. BROWN, *Appellant*, v. THE CHIROPRACTIC QUALITY ASSURANCE COMMISSION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-10331-0, Sharon S. Armstrong, J., entered December 12, 2000. *Affirmed* by unpublished per curiam opinion. Now published at 110 Wn. App. 778.

[No. 47807-9-I. Division One. January 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE HERMAN SUAVE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-05055-7, Michael J. Fox, J., entered November 15, 2000. *Dismissed* by unpublished per curiam opinion.

[No. 47905-9-I. Division One. January 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD DION REUBEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-08215-7, Bruce W. Hilyer, J., entered December 8, 2000. *Affirmed* by unpublished per curiam opinion.